*E-Filed 12/16/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>SIMPLEXGRINNELL LP, and DOES 1 through 100 inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-00900 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 15, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. The matter shall be referred to a magistrate judge for any future discovery disputes.

2. CLASS CERTIFICATION. Plaintiff's motion for class certification shall be heard no later than November 15, 2012.

IT IS SO ORDERED.

DATED: 12/16/11

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER