IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSE GONZALES, et al.,

        Plaintiffs,

v.

SIMPLEXGRINNELL LP,

        Defendant.

No. C 11-0900 RS

**ORDER DENYING LEAVE TO SEEK RECONSIDERATION**

Pursuant to Civil Local Rule 7-9, defendant SimplexGrinnell moves for leave to seek reconsideration of the order granting class certification herein. SimplexGrinnell contends *Comcast Corp. v. Behrend*, 133 S.Ct. 1426 (2013) and *Wang v. Chinese Daily News, Inc.*, 709 F.3d 829 (9th 2013) represent new law with respect to class certification in wage cases, thereby warranting reconsideration. While both decisions arguably provide further guidance on how the principles of *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011) should be applied to particular factual scenarios, neither represents an actual change in law or would require a different analysis or outcome here. Accordingly, leave to file a reconsideration motion is denied.

IT IS SO ORDERED.

Dated:  December 20, 2013

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE