IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, GIRARD PLAIR, and ANDREW NEWTON,<br><br>      Plaintiffs,<br>   v.<br><br>SIMPLEXGRINNELL LP, and DOES 1 through 100 inclusive,<br><br>      Defendants. | No. C 11-00900  RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 6, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   ALTERNATIVE DISPUTE RESOLUTION.

   SETTLEMENT CONFERENCE. The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 90 days.

   2.   NOTICE TO THE CLASS.

CASE MANAGEMENT SCHEDULING ORDER

The parties are directed to meet and confer regarding notice to the class and submit a proposal thereon to the court on or before March 20, 2014.

3. FURTHER SCHEDULING.

The parties are directed to meet and confer regarding further scheduling through trial and submit a proposed schedule to the court on or before March 20, 2014.

IT IS SO ORDERED.

DATED: March 6, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
2