IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, GIRARD PLAIR, and ANDREW NEWTON,<br><br>Plaintiffs,<br>v.<br><br>SIMPLEXGRINNELL LP, and DOES 1 through 100 inclusive,<br><br>Defendant. | No. C 11-00900 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 6, 2014. In an order issued March 7, 2014, the parties were instructed to meet and confer and submit a proposed schedule regarding notice to the class and further scheduling through trial. Having considered the parties' subsequent joint statement, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties will seek to engage in private mediation on or before August 29, 2014.

2. DISCOVERY.

CASE MANAGEMENT SCHEDULING ORDER

On or before November 14, 2014, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.  DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.  NOTICE TO THE CLASS.

A. On or before April 30, 2014, notice shall be mailed to the class.

B. The class opt-out deadline shall be June 30, 2014.

5.  EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall proceed as follows:

A. On or before November 14, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before December 5, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before January 5, 2015, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

6.  FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **November 20, 2014 at 10:00 a.m.** in Courtroom 3,

CASE MANAGEMENT SCHEDULING ORDER

2

17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

      7.      PRETRIAL MOTIONS.  All dispositive pretrial motions and motions for class certification must be filed on or before January 26, 2015.

      IT IS SO ORDERED.

DATED:  April 29, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
3